UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENTE BARKER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:05-cv-976-JDT-TAB |
| FISHERS POLICE DEPARTMENT and CAPTAIN BILL KNAUER, | ) |
| Defendants. | ) |

### Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.  The plaintiff's motion to exclude hearsay statements filed on December 15, 2005, is **granted** to the extent consistent with the following principle: "[H]earsay is inadmissible in summary judgment proceedings to the same extent that it is inadmissible in a trial." *See Eisenstadt v. Centel Corp.*, 113 F.3d 738, 742 (7th Cir. 1997).

2.  The plaintiff's motion for continuance to reply to defendants' summary judgment motion filed on November 15, 2005, is granted to the extent that the plaintiff shall have **through January 11, 2006,** in which to respond to the defendants' motion for summary judgment or demonstrate by that date why any further extension of time should be granted for that purpose.

3.  The "notice of objection" filed by the plaintiff on October 24, 2005, is **overruled,** because the document to which this objection pertains was filed in this case in error. The document did not pertain to this case, but to a different case, and hence there is no reasonable basis for the plaintiff's objection and no occasion for a rehearing on the matter.

**IT IS SO ORDERED.**

Date: 01/03/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Paul Thomas Belch
Law Office of St. Paul Travelers
9001 Wesleyan Rd.
Suite 110
Indianapolis, IN 46268

Kente Barker
No. 483701 4-P
Marion County Jail
40 South Alabama St.
Indianapolis, IN 46204